# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:20-cv-01716-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |

On December 7, 2020, Rafael Lopez Martinez ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits pursuant to the Social Security Act.  On December 9, 2020, the summons issued and Plaintiff was ordered to serve the summons and complaint.  On this same date, Plaintiff filed a notice that service documents were submitted to the United States Marshal.  On January 11, 2020, a proof of service was filed showing that Defendant was served on December 14, 2020.

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.

1

Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order Number 615, this action has been stayed and the stay will be automatically lifted when the Commissioner files the certified copy of the administrative record. See E.D. Cal. G.O. No. 615, ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific case).

IT IS SO ORDERED.

Dated: **January 12, 2021**

UNITED STATES MAGISTRATE JUDGE