# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01716-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 19) |

　　　　Rafael Lopez Martinez ("Plaintiff") filed the complaint in this action on December 7, 2020. (ECF No. 1.) On October 1, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 16, 17, 18.) On December 20, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $1,963.94 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 19.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset and savings clause provisions of the EAJA. (See id. at 1–2.)

///
///
///
///

1

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,
2 Plaintiff is awarded attorneys' fees and expenses under the EAJA, 28 U.S.C. § 2412(d), in the
3 amount of $1,963.94.

IT IS SO ORDERED.

Dated:   **December 20, 2021**

UNITED STATES MAGISTRATE JUDGE